*uel D. Slade* for respondent.

No. 662. BUNDTE ET AL. *v.* CALIFORNIA. District Court of Appeal, Third Appellate District, of California. Certiorari denied. *George E. Flood* for petitioners. *Fred N. Howser,* Attorney General of California, *Walter Rountree* and *Doris H. Maier,* Deputy Attorneys General, for respondent.

No. 663.. MOORE ET AL. *v.* CALIFORNIA. District Court of Appeal, Third Appellate District, of California. Certiorari denied. *George E. Flood* for petitioners. *Fred N. Howser,* Attorney General of California, *Walter Rountree* and *Doris H. Maier,* Deputy Attorneys General, for respondent.

No. 693. WHITING STOKER Co. *v.* CHICAGO STOKER CORP. C. A. 7th Cir. Certiorari denied. *Harry Abrahams* and *Ode L. Rankin* for petitioner. *Martin Stanton Gordon* for respondent.

No. 695. WAREHOUSE UNION LOCAL 6, INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION (C. I. O.), *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied. *Bertram Edises* for petitioner. *Solicitor General Perlman, Robert N. Denham, David P. Findling, Ruth Weyand* and *Bernard Dunau* for the National Labor Relations Board; and *Mathew O. Tobriner* for the International Chemical Workers Union, A. F. of L., respondents.

